# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MANUEL FLORES-RAMIREZ, <br> Defendant. | NO. CR13-5707BHS <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

Having considered the Defense Unopposed Motion To Extend Time To File Indictment Under Speedy Trial Act, the facts set forth in which are hereby incorporated by reference and adopted as findings of fact, the Court finds that the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy indictment and trial pursuant to Title 18 U.S.C., sections 3161(h)(7)(A), (B)(I) and (B)(iv). Moreover, given that the defense's investigation in this matter remains incomplete, the failure to grant the requested extension would deny the defense the reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence. Therefore,

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

IT IS HEREBY ORDERED that the time to file an indictment in this matter be continued to February 28, 2014. The period of delay resulting from this continuance from January 17, 2014, up to and including February 28, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DONE this 13th day of January, 2014.

/s/ Benjamin H. Settle
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**